**Order entered December 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-16-01102-CV

**CONTINENTAL INTERMODAL GROUP- SOUTH TEXAS, L.L.C., JONATHAN GREEN AND CONTINENTAL INTERMODAL GROUP G.P., L.L.C., Appellants**

**V.**

**ELOY P. GARCIA AND BALCONES MUSTER, INC., Appellees**

---

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07993**

---

## ORDER

Before the Court is court reporter Antionette Reagor's December 11, 2016 second motion for an extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** Ms. Reagor to file the reporter's record within **THIRTY DAYS** from the date of this order. We caution Ms. Reagor that further requests for extension of time will be disfavored.


/s/     ELIZABETH LANG-MIERS
           JUSTICE